```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :     99cr1193-01 (DLC)
                                        :
         -v-                            :     CORRECTED ORDER
                                        :
JOSEPH SAPIA,                           :
                                        :
              Defendant.                :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

    IT IS HEREBY ORDERED that C.J.A. counsel on duty this day, Matthew Myers, is appointed to represent the defendant Joseph Sapia on the violation of supervised release filed against him on January 14, 2021.

    IT IS FURTHER ORDERED that the presentment on the violation of supervised release is scheduled for **January 22, 2021** at **2 pm.** and shall proceed via the Microsoft Teams videoconference platform, if that platform is reasonably available.  To access the conference, paste the following link into your browser:

https://teams.microsoft.com/l/meetup-join/19%3ameeting_NDI5OWQ5ZGYtMGU5Ni00YTdmLWEwZjEtNzhlMzkwOGJjNGRh%40thread.v2/0?context=%7b%22Tid%22%3a%221d66f037-8266-4d1c-919c-67c6543d3542%22%2c%22Oid%22%3a%2220b3b4ec-1ef6-4484-88f4-2126fecd52fa%22%7d.

To use this link, you may need to download software to use the platform's videoconferencing features.[1]  Participants are directed to test their videoconference setup in advance of the conference -- including their ability to access the link above.  Defense counsel shall assist the defendant in testing his videoconference capability so that the defendant can participate by videoconference if that is feasible.

Users who are unable to download the Microsoft Teams application may access the meeting through an internet browser, although downloading the Teams application is highly recommended.[2]  When you successfully access the link, you will be placed in a "virtual lobby" until the conference begins.  Participants should also ensure that their webcam, microphone, and headset or speakers are all properly configured to work with Microsoft Teams.  For general guidelines for participation in remote conferences, visit https://nysd.uscourts.gov/covid-19-coronavirus.

IT IS FURTHER ORDERED that members of the press, public, or counsel who are unable to successfully access Microsoft Teams

---

[1] See Microsoft, Download Microsoft Teams (last visited Dec. 7, 2020), https://www.microsoft.com/en-us/microsoft-365/microsoft-teams/download-app.
[2] Please note that participants who access the Teams meeting using an internet browser may only be able to view one participant at a time.

may access the conference's audio using the following credentials:

    Call-in number:    +1 917-933-2166

    Conference ID:    142 058 114#

IT IS FURTHER ORDERED that by **Wednesday, January 20, 2021**, defense counsel shall file a letter informing the Court whether counsel and the defendant have successfully tested Microsoft Teams.  If the defendant and counsel are unable to successfully test Microsoft Teams, defense counsel shall advise the Court whether the defendant consents to proceeding with a telephone conference or whether the defendant requires the proceeding to occur in person.

Dated:    New York, New York
           January 14, 2021

                                        _____
                                           DENISE COTE
                                    United States District Judge