```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :    99 Cr. 1193-01
                                         :         (DLC)
            -v-                          :
                                         :       ORDER
JOSEPH SAPIA,                            :
                      Defendant.         :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

    IT IS HEREBY ORDERED that the defendant shall surrender by **5 p.m.** on January 22, 2021 to U.S. Marshal's Office in this district, 500 Pearl Street, New York, New York.

Dated:    New York, New York
            January 22, 2021

                                          _____
                                              DENISE COTE
                                    United States District Judge