```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
 UNITED STATES OF AMERICA                :     99cr1193-01 (DLC)
                                         :
           -v-                           :           ORDER
                                         :
 JOSEPH SAPIA,                           :
                                         :
                     Defendant.          :
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

A proceeding on the revocation of supervised release in this matter was scheduled for February 4, 2021. The Court has since been informed that that date is no longer available. Accordingly, it is hereby

ORDERED that the proceeding is adjourned to **Thursday, February 11, 2021** at **9:00 am.**

IT IS FURTHER ORDERED that the defendant shall respond to the following two questions by **Friday, February 5**:

1) Does the defendant consent to have the proceeding occur through videoconference technology?

2) If a videoconference proceeding is unavailable, does the defendant consent to have the proceeding occur as a telephone conference?

IT IS FURTHER ORDERED that by **February 5**, defendant shall advise the Court whether he wants a hearing on the violation of supervised release to be held on February 11. If so, he must identify the witnesses he wishes to call at the hearing.

IT IS FURTHER ORDERED that if the defendant requests a hearing, the Government shall give notice by **February 8** of the names of their witnesses who will testify at the hearing.

Dated:    New York, New York
         January 27, 2021

_____
DENISE COTE
United States District Judge