```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :          99cr1193(DLC)
            -v-                          :
                                         :             ORDER
JOSEPH SAPIA,                            :
                                         :
                      Defendant.         :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On January 27, 2021, the Court scheduled a proceeding on the violation of supervised release in this matter for Thursday February 10, 2021 at 9:00 a.m.  On February 4, the defendant informed the Court that he prefers that the proceeding occur via videoconference as opposed to in person.

The defendant, who is in custody, is represented by appointed counsel Matthew D. Myers, Esq.  On February 1, 2021, retained counsel, Anthony Ricco, Esq., filed a notice of appearance on behalf of the defendant.  Accordingly, it is hereby

ORDERED that a substitution of counsel conference will occur on **February 10, 2021** at **9:00 a.m.**  The previously scheduled proceeding on the violation of supervised release in this matter will follow immediately thereafter.

IT IS FURTHER ORDERED that the conference will proceed via the Microsoft Teams videoconference platform, if that platform

is reasonably available.  To access the conference, paste the following link into your browser:

https://teams.microsoft.com/l/meetup-join/19%3ameeting_NGIxY2EyM2QtNjIxMS00ZjE3LWJkYzQtMDVjYjdmN2Y4NmQy%40thread.v2/0?context=%7b%22Tid%22%3a%221d66f037-8266-4d1c-919c-67c6543d3542%22%2c%22Oid%22%3a%22c98ce735-dc39-4270-af8b-7f2609fffd8c%22%7d

To use this link, you may need to download software to use the platform's videoconferencing features.[1]  Participants are directed to test their videoconference setup in advance of the conference -- including their ability to access the link above. Defense counsel shall assist the defendant in testing his videoconference capability so that the defendant can participate by videoconference if that is feasible.

Users who are unable to download the Microsoft Teams application may access the meeting through an internet browser, although downloading the Teams application is highly recommended.[2]  When you successfully access the link, you will be placed in a "virtual lobby" until the conference begins. Participants should also ensure that their webcam, microphone,

---

[1] See Microsoft, Download Microsoft Teams (last visited Dec. 7, 2020), https://www.microsoft.com/en-us/microsoft-365/microsoft-teams/download-app.
[2] Please note that participants who access the Teams meeting using an internet browser may only be able to view one participant at a time.

and headset or speakers are all properly configured to work with Microsoft Teams.  For general guidelines for participation in remote conferences, visit https://nysd.uscourts.gov/covid-19-coronavirus.

    IT IS FURTHER ORDERED that members of the press, public, or counsel who are unable to successfully access Microsoft Teams may access the conference's audio using the following credentials:

        Call-in number:    917-933-2166
        Conference ID:    473 250 888#

Dated:    New York, New York
        February 8, 2021

                                        _____
                                           DENISE COTE
                              United States District Judge