**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 23, 2023

**BY ECF**

Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Joseph Sapia*, 99 Cr. 1193 (DLC)

Dear Judge Cote:

      The parties respectfully submit this joint letter seeking a one-week adjournment of the Court's Friday, February 24, 2023, deadline to submit a joint status report on a violation of supervised release.

      On September 30, 2022, the parties appeared before the Court to arraign the defendant on a VOSR specification. Dkt. 406. The Court ordered the defendant to submit to inpatient drug treatment, and directed the parties to submit a joint letter on the defendant's status by February 24, 2023. The Government has conferred with Probation, and understands that Probation plans to submit its own status report to the Court and the parties by February 27. The parties therefore request a one-week adjournment of their February 24 deadline for a joint letter so that the parties can review Probation's status update before filing their own.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

By:   */s/ Kevin Mead*
      Kevin Mead
      Assistant United States Attorney
      (212) 637-2211

cc: Anthony Ricco (counsel for defendant), by ECF