

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 2, 2023

**BY ECF**

Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    ***United States v. Joseph Sapia*, 99 Cr. 1193 (DLC)**

Dear Judge Cote:

    The parties respectfully submit this joint letter requesting that the Court dismiss the defendant's current violation of supervised release specification on or about March 21, 2023, when he finishes his inpatient drug treatment program.

    On September 30, 2022, the parties appeared before the Court to arraign the defendant on a VOSR specification that he had tested positive for cocaine several times in 2022 (the "Specification"). Dkt. 406. At that hearing, the Court ordered the defendant to submit to an inpatient drug treatment program for at least six months. The Court's order was with the defendant's consent. The Court further directed the parties to submit a joint letter on the defendant's status by February 24, 2023, and that deadline was then adjourned until March 3, 2023.

    The Government has conferred with Probation, who reported that the defendant entered an inpatient treatment program on October 5, 2022, and is scheduled to complete that program on March 21, 2023. Probation further reported that the defendant was in full compliance with the program and has continued to test negative for narcotics. Accordingly, the parties jointly move that the Specification be dismissed on or after March 21, 2023, providing that the defendant

*[Handwritten note:]* Assuming successful participation through 3/21/23, the application is granted.

*Denise Cote*
3/2/23

continues to comply with his inpatient treatment. Probation agrees with the parties' recommendation.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: */s/ Kevin Mead*
Kevin Mead
Assistant United States Attorney
(212) 637-2211

cc: Anthony Ricco (counsel for defendant), by ECF

2