**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 25, 2023

**BY ECF**

Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:     *United States v. Joseph Sapia*, 99 Cr. 1193 (DLC)

Dear Judge Cote:

      On March 2, 2023, the parties submitted a joint letter requesting that the Court dismiss the defendant's violation of supervised release specification when he completed his inpatient drug treatment program on March 21, 2023, and the Court granted that application the same day. Dkt. 411. The Government has communicated with Probation Officer Amber Wilton, who informed the Government on April 24, 2023 that the defendant successfully completed inpatient care and transitioned to outpatient services. Accordingly, the Government respectfully requests that the specification be dismissed.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

By:    */s/ Kevin Mead*
      Kevin Mead
      Assistant United States Attorney
      (212) 637-2211

*Granted.*
*Denise Cote*
*4/27/23*

cc: Anthony Ricco (counsel for defendant), by ECF